UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIRCUSTRIX HOLDINGS, LLC,

               Plaintiff,

JEFFREY LEE,

               Defendant.

**ORDER**

20 Civ. 122 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that both parties will submit briefing by **January 10, 2020 at 3 p.m.** as to whether Defendant was a "Restricted Party" (Lee Decl., Ex. D, LLCA § 1.1) when he signed the Purchase Agreement (Lee Decl., Ex. D, Purchase Agreement) in December 2016, including any supporting calculations.

Dated: New York, New York
       January 8, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge