UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIRCUSTRIX HOLDINGS, LLC,

                              Plaintiff,                          **<u>ORDER</u>**

JEFFREY LEE,                                                     20 Civ. 122 (PGG)

                              Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

              At a March 5, 2020 conference in this matter, this Court granted Dorsey &
Whitney LLP's motion to withdraw as counsel for Defendant Jeffrey Lee.  (Dkt. No. 31)  No
other lawyer has filed a notice of appearance on behalf of Defendant.

              By November 16, 2021, the parties will file a letter to update the Court on the
status of this case.  The Clerk of Court is directed to mail a copy of this order to the Defendant at
the following address:

              505 E. 550 South
              Centerville, Utah 84014

Dated:  New York, New York
          November 9, 2021

                                                        SO ORDERED.

                                                        Paul G. Gardephe
                                                        United States District Judge